UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIODORO A. SILVA,<br><br>    Petitioner,<br><br>    v.<br><br>GIGI PATTERSON, Warden,<br><br>    Respondent. | No. 1:20-cv-01442-NONE-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR STAY<br><br>(Doc. Nos. 21, 26) |

    Petitioner Heliodoro A. Silva is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 21, 2021, the assigned magistrate judge issued findings and recommendations to deny petitioner's motion for stay. (Doc. Nos. 21, 26.) Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. On August 5, 2021, petitioner filed objections to the findings and recommendations. (Doc. No. 27.)

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including petitioner's objections, the court concludes that the magistrate judge's findings and recommendations are

1

supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the magistrate judge's analysis.

Accordingly,

1. The findings and recommendations issued on July 21, 2021, (Doc. No. 26), are adopted in full;

2. Petitioner's motion to stay (Doc. No. 21), is denied; and

3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **October 11, 2021**                    /s/ Dale A. Drozd
                                                UNITED STATES DISTRICT JUDGE

2