UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIODORO A. SILVA,<br><br>            Petitioner,<br><br>    v.<br><br>GIGI PATTERSON, Warden,<br><br>            Respondent. | No.  1:20-cv-01442-NONE-SKO (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR STAY<br><br>(Doc. No. 35) |

      Petitioner Heliodoro A. Silva is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 20, 2021, the court issued an order which, *inter alia*, denied petitioner's motion for stay.  (Doc. No. 20.)  On October 12, 2021, the court issued an order denying petitioner's renewed motion for stay.  (Doc. Nos. 26, 29.)  On November 8, 2021, petitioner filed another motion for stay.  (Doc. No. 35.)  For the same reasons stated in the court's previous orders denying a stay (*see* Doc. Nos. 20, 26, 29), the instant motion for stay is also denied.

IT IS SO ORDERED.

    Dated:   **November 23, 2021**　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1